IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**SANDRA BAUR, INDIVIDUALLY,** **PLAINTIFFS**
**and BAUR FOOD GROUP, LLC**

**V.**  **CIVIL ACTION NO. 2:23-CV-169-KS-MTP**

**THE HARTFORD INSURANCE**
**COMPANY**  **DEFENDANT**

ORDER

Before the Court is the Report and Recommendation [43] of the United States Magistrate Judge entered herein on November 25, 2024. No objections to the Report and Recommendation have been filed within the time allowed by Rule 72(b)(2) of the Federal Rules of Civil Procedure. The Court, having fully reviewed the same, as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and the Complaint [1-1] is hereby dismissed with prejudice. *See* Fed. R. Civ. P. 41(b). A separate judgment will be entered as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED AND ADJUDGED, this the 18th day of December, 2024.

/s/ Keith Starrett
UNITED STATES DISTRICT JUDGE